IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD ANTHONY MOORE,

    Plaintiff,

v.

KAREN LYNN MANSFIELD et al.,

    Defendants.

CIVIL ACTION
NO. 16-2626

FILED
DEC - 7 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 7th day of December 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT**;

3. A Certificate of Appealability **SHALL NOT** be issued based on the analysis contained in the Magistrate Judge Hart's Report and Recommendation, as approved and adopted by this Court, that a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Writ of Habeas Corpus;

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Hornsby*
JOEL H. SLOMSKY, J.